

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,                         CRIMINAL NO. 13-cr-20568

v.                                      HONORABLE GERALD E. ROSEN

D-1  DONALD RAYMOND CROFT,       VIOLATIONS: 18 U.S.C. § 2252A(a)(2)
D-2  CHRISTINA ROBERTSON,                     18 U.S.C. § 2252A(a)(5)(B)
D-3  TABITHA MEECE,                          18 U.S.C. § 1465
D-4  SUSAN CLINTON,
D-5  CHRISTINE BUENAVENTURA,

              Defendants.
_____/

### FIRST SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(18 U.S.C. § 2252A(a)(2) - *Receipt of Child Pornography*)

D-1    DONALD RAYMOND CROFT.

On or about December 14, 2009 and February 21, 2012, in the Eastern District of Michigan

and elsewhere, the defendant, DONALD RAYMOND CROFT, did knowingly receive child

pornography, that is, visual depictions of minors engaged in sexually explicit conduct including,

but not limited to, the lascivious exhibition of the genitals or pubic area as defined in 18 U.S.C. §

2256(8); and the images received by the defendant were mailed, shipped, and transported using the

Internet, a means and facility of interstate or foreign commerce, and were mailed, shipped, and

transported in or affecting interstate or foreign commerce by any means, including by computer, in

violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO

### (18 U.S.C. § 2252A(a)(5)(B) – *Possession of Child Pornography*)

D-1     DONALD RAYMOND CROFT.

On or about February 21, 2012, within the Eastern District of Michigan and elsewhere, the

defendant, DONALD RAYMOND CROFT, knowingly possessed one or more computer hard

drives and SD Cards which contained child pornography, as defined in Title 18, United States

Code, Section 2256(8), including but not limited to visual depictions of real minors engaged in

sexually explicit conduct, that has been shipped and transported using any means and facility of

interstate and foreign commerce, has been shipped and/or transported in and affecting interstate

and foreign commerce, and was produced using materials that have been mailed, shipped and

transported in and affecting interstate and foreign commerce by any means, in violation of Title 18,

United States Code, Section 2252A(a)(5)(B).

## COUNT THREE

### (*Production of Obscene Matters For Sale or Distribution, 18 U.S.C. § 1465, and Aiding and Abetting, 18 U.S.C. § 2*)

D-2     CHRISTINA ROBERTSON.

On or about July 7, 2009, within the Eastern District of Michigan and elsewhere, the

defendant, CHRISTINA ROBERTSON, did knowingly aid and abet Donald Croft to knowingly

produce with the intent to transport, distribute, and transmit in interstate commerce, for the purpose

of the sale and distribution, obscene material, that is, images of Minor Victim 1, a real minor

engaged in the lascivious display of her genital and pubic area, knowing such material was

obscene; all in violation of Title 18, United States Code, Section 1465.

## COUNT FOUR

*(Production of Obscene Matters For Sale or Distribution, 18 U.S.C. § 1465, and Aiding and Abetting, 18 U.S.C. § 2)*

D-3     TABITHA MEECE.

On or about July 7, 2009, within the Eastern District of Michigan and elsewhere, the defendant, TABITHA MEECE, did knowingly aid and abet Donald Croft to knowingly produce with the intent to transport, distribute, and transmit in interstate commerce, for the purpose of the sale and distribution, obscene material, that is, images of Minor Victim 2, a real minor engaged in the lascivious display of her genital and pubic area, knowing such material was obscene; all in violation of Title 18, United States Code, Section 1465.

## COUNT FIVE

*(Production of Obscene Matters For Sale or Distribution, 18 U.S.C. § 1465, and Aiding and Abetting, 18 U.S.C. § 2)*

D-4     SUSAN CLINTON.

On or about August 20, 2009, within the Eastern District of Michigan and elsewhere, the defendant, SUSAN CLINTON, did knowingly aid and abet Donald Croft to knowingly produce with the intent to transport, distribute, and transmit in interstate commerce, for the purpose of the sale and distribution, obscene material, that is, images of Minor Victim 3, a real minor engaged in the lascivious display of her genital and pubic area, knowing such material was obscene; all in violation of Title 18, United States Code, Section 1465.

## COUNT SIX

*(Production of Obscene Matters For Sale or Distribution, 18 U.S.C. § 1465, and Aiding and Abetting, 18 U.S.C. § 2)*

D-5    CHRISTINE BUENAVENTURA.

On or about January 6, 2012, within the Eastern District of Michigan and elsewhere, the

defendant, CHRISTINE BUENAVENTURA, did knowingly aid and abet Donald Croft to

knowingly produce with the intent to transport, distribute, and transmit in interstate commerce, for

the purpose of the sale and distribution, obscene material, that is, images of Minor Victim 4, a real

minor engaged in the lascivious display of her genital and pubic area, knowing such material was

obscene; all in violation of Title 18, United States Code, Section 1465.


BARBARA L. MCQUADE
UNITED STATES ATTORNEY


s/Kevin Mulcahy
KEVIN MULCAHY
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:   313-226-9713
E-Mail:  kevin.mulcahy@usdoj.gov

s/Matthew A. Roth
MATTHEW A. ROTH
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:   313-226-9186
E-Mail:  matthew.roth2@udoj.gov


Dated: August 6, 2013

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008    [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes        X No | AUSA's Initials:   MAR |

Case Title:   **USA v. DONALD CROFT, et al**

County where offense occurred :   Wayne

Check One:     **X Felony**          ☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/_____Information --- no prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number: ]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _13-cr-20568_        Judge:    Hon. Gerald E. Rosen

☐    Original case was terminated; no additional charges or defendants.
☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
**XX**    Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| CHRISTINE BUENAVENTURA | 18 U.S.C. § 1465 & 18 U.S.C. § 2 | N/A |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 6, 2013
Date

MATTHEW A. ROTH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9186
Fax: (313) 226-2372
E-Mail address: matthew.roth2@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09