UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      CRIMINAL NO. 13-cr-20568

vs.                                     HONORABLE GERALD E. ROSEN

D-1  DONALD RAYMOND CROFT,

        Defendant.
_____/

**DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

      I, DONALD RAYMOND CROFT, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One:**   Not less than five and up to twenty years' incarceration and $250,000 fine;
**Count Two:**   Up to 20 years' incarceration and $250,000 fine.

FILED
AUG 27 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

_____
Donald Raymond Croft
Defendant

**ACKNOWLEDGMENT OF DEFENSE COUNSEL**

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Lawrence B. Shulman
Attorney for Defendant

Dated:  August 22, 2013