UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CRIMINAL NO. 13-cr-20568

v.                                    HONORABLE GERALD E. ROSEN

D-1 DONALD RAYMOND CROFT,

        Defendant.
_____/

## WAIVER OF INDICTMENT

I, DONALD RAYMOND CROFT, the defendant in this case, understand that I am being charged with the following felony: receipt of child pornography (in violation of Title 18, United States Code, Section 2252A(a)(2)) and possession of child pornography (in violation of Title 18, United States Code, Section 2252A(a)(5)(B)).

I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____           _____
Donald Raymond Croft                          Lawrence B. Shulman
Defendant                                         Attorney for the Defendant

Dated: August 22, 2013

FILED
AUG 27 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN