UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                         Case No. 2:13−cr−20568−GER−LJM
                                                Hon. Gerald E. Rosen

Donald Raymond Croft, et al.,

                Defendant(s),

---

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear: Donald Raymond Croft

   The defendant(s) shall appear before District Judge Gerald E. Rosen at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 733, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: January 7, 2014 at 02:00 PM

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/J. Owens
                                                        Case Manager

Dated: December 11, 2013