## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**

               **Plaintiff,**                  **Crim. No.:   13-mj-20568**

      **v.**

                                   **Judge:   GERALD E. ROSEN**

**DONALD RAYMOND CROFT,**

               **Defendant.**

---

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:**    **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

***Add the following AUSA(s):***

Name:              Douglas C. Salzenstein
Bar ID:              P59288
Telephone:       (313) 226-9196; Fax:   (313) 226-2372
Email:             Doug.Salzenstein@usdoj.gov

and
***Terminate the following AUSA(s):***

Name:
Telephone:   (313) 226-9100

*s/Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9196
E-mail:   Doug.Salzenstein@usdoj.gov

December 12, 2013