UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                          Case No. 2:13–cr–20568–GER–LJM
                                                    Hon. Gerald E. Rosen

Donald Raymond Croft, et al.,

           Defendant(s),

_____

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear: Donald Raymond Croft

    The defendant(s) shall appear before District Judge Gerald E. Rosen at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 733, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: January 14, 2014 at 03:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/J. Owens
                                                           Case Manager

Dated: December 27, 2013