UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RAYMOND CROFT,

    Petitioner,

                                         Case No. 13-20568

v.

                                         Hon. John Corbett O'Meara

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER GRANTING MOTION FOR EXTENSION**
**OF TIME AND DENYING MOTION FOR RECONSIDERATION**

Before the court is Defendant's motion for extension of time and motion for reconsideration of the court's order denying Defendant's motion for discovery. With respect to Defendant's motion for reconsideration, Defendant has not demonstrated that the requested discovery will "resolve any factual disputes that could entitle him to relief." Williams v. Bagley, 380 F.3d 932, 975 (6th Cir. 2004) (citation omitted). Finding no palpable defect in its decision denying Defendant's motion for discovery, the court will deny Defendant's motion for reconsideration. See LR 7.1(h)(3).

The court will grant an extension of time for Defendant to file a reply brief in support of Defendant's motion to vacate sentence. Defendant's reply brief is

due **November 17, 2017.**

  **SO ORDERED.**

              s/John Corbett O'Meara
              United States District Judge
Date: October 11, 2017


  I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 11, 2017, using the ECF system and/or ordinary mail.


              s/William Barkholz
              Case Manager